NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiffs,<br><br>v.<br><br>HARRY QUIAH,<br><br>           Defendants. | Criminal No.: 08-087(JLL) 01<br><br><br>ORDER |

Please be advised that oral argument on Defendant's motion [#42] to reduce sentence has been scheduled for **Wednesday, February 22, 2012** at **11:00 a.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

José L. Linares,
United States District Judge

Dated: February 1, 2012